**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-1589**

—————

CHARLES T. SHERWIN,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF THE AIR FORCE,

Defendant - Appellee,

and

RONALD G. SPROVERO; RONALD L. BILLMYER; R.S.
BURRUS; A.D. TALLEY; B. R. HENDERSON; CELIA
SMITH; LAVERNE HARPER; M. R. PETERS; ROBERT
CUTRELL; ROBERT STROEBEL; DONALD ROBINSON;
JEFF OSBORNE; BRAD ADAMS; WILLIAM WALLER,

Defendants.

—————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Fayetteville. W. Earl Britt, Senior
District Judge. (CA-90-34-3-BR)

—————

Submitted: September 5, 2002      Decided: September 10, 2002

—————

Before MOTZ, KING, and GREGORY, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Charles T. Sherwin, Appellant Pro Se.  Eileen Coffey Moore, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles T. Sherwin appeals the district court's orders denying his Fed. R. Civ. P. 60(b)(6) motion and motion for correction of the docket. We have reviewed the record and find the district court did not abuse its discretion because the matters Sherwin seeks to challenge became final in 1995, and there is no basis for reopening the case at this late date. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED